Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  20−19639−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Daniel Noel Phillips
6 Stuyvesant Road
Brick, NJ 08723

Felicia Theresa Phillips
aka Felicia Bruno
6 Stuyvesant Road
Brick, NJ 08723

Social Security No.:
    xxx−xx−1695

    xxx−xx−2639

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on March 10, 2021.

On June 28, 2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:                July 28, 2021
Time:                 10:00 AM
Location:          Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
      a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
      of a secure claim, such holders acceptance or rejection of the Plan before modification will
      be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
      holders acceptance or rejection of the Plan within the time fixed.

3.    **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
      the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: June 28, 2021
JAN: pbf

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-19639-MBK |
| Daniel Noel Phillips | Chapter 13 |
| Felicia Theresa Phillips | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 28, 2021 | Form ID: 185 | Total Noticed: 22 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Daniel Noel Phillips, Felicia Theresa Phillips, 6 Stuyvesant Road, Brick, NJ 08723-5321 |
| cr | + | HYUNDAI LEASE TITLING TRUST, P.O. Box 961245, Ft. Worth, TX 76161-0244 |
| 518929042 | + | Barclay's Bank, 700 Prides Crossing, Newark, DE 19713-6109 |
| 518929047 | + | Mercury Card Services, 2220 6th Street, Brookings, SD 57006-2403 |
| 518929048 | + | Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 518966142 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 518939377 | + | TD Bank, N.A., c/o Schiller Knapp Lefkowitz, & Hertzel LLP, 950 New Loudon Road, Latham New York 12110-2190 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 28 2021 20:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 28 2021 20:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518929043 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 28 2021 20:36:51 | Capital One, Bankruptcy Dept, P.O. Box 30273, Salt Lake City, UT 84130-0273 |
| 518935262 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 28 2021 20:36:56 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518935265 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 28 2021 20:36:47 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518929044 | | Email/PDF: gecsedi@recoverycorp.com | Jun 28 2021 20:36:39 | Home Depot, 2455 Paces Ferry Rd NW, Atlanta, GA 30339 |
| 518948041 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jun 28 2021 20:34:00 | Hyundai Lease Titling Trust, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 518929045 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jun 28 2021 20:34:00 | Hyundai Motor Finance, Bankruptcy Dept, P.O. Box 20835, Fountain Valley, CA 92728-0835 |
| 518929046 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Jun 28 2021 20:34:00 | KeyBank, P.O. Box 94722, Cleveland, OH 44101-4722 |
| 518935503 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Jun 28 2021 20:34:00 | KeyBank, N.A., 4910 Tiedeman Rd, Brooklyn, OH 44144-2338 |
| 518929049 | + | Email/Text: collectionbankruptcy@oceanfirst.com | Jun 28 2021 20:34:00 | Ocean First Bank, 975 Hooper Avenue, Toms River, NJ 08753-8320 |
| 518985939 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 28 2021 20:36:56 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 518998346 | + | Email/Text: bncmail@w-legal.com | Jun 28 2021 20:34:00 | Scolopax, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, |

District/off: 0312-3                          User: admin                                    Page 2 of 2
Date Rcvd: Jun 28, 2021                       Form ID: 185                          Total Noticed: 22

| | | WA 98121-3132 |
|---|---|---|
| 518929050 | Email/Text: bankruptcy@td.com | |
| | | Jun 28 2021 20:34:00 |  TD Bank, Recovery Dept, P.O. Box 9547, Portland, ME 04112 |
| 518929051 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | |
| | | Jun 28 2021 20:36:55 |  Walmart, Capital One, P.O. Box 30281, Salt Lake City, UT 84130-0281 |

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518929404 | | Linda Phillips |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 30, 2021                 Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor HYUNDAI LEASE TITLING TRUST ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Steven J. Abelson | on behalf of Joint Debtor Felicia Theresa Phillips sjaesq@atrbklaw.com atrbk1@gmail.com;r49787@notify.bestcase.com |
| Steven J. Abelson | on behalf of Debtor Daniel Noel Phillips sjaesq@atrbklaw.com atrbk1@gmail.com;r49787@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6