Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20−19639−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Daniel Noel Phillips                                 Felicia Theresa Phillips
   6 Stuyvesant Road                                    aka Felicia Bruno
   Brick, NJ 08723                                       6 Stuyvesant Road
                                                 Brick, NJ 08723

Social Security No.:
   xxx−xx−1695                                          xxx−xx−2639
Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 2, 2021.

Dated: August 2, 2021
JAN: kmm

                                                                                                          Jeanne Naughton
                                                                                                          Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 20-19639-MBK
Daniel Noel Phillips  Chapter 13
Felicia Theresa Phillips
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2
Date Rcvd: Aug 02, 2021     Form ID: plncf13     Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Daniel Noel Phillips, Felicia Theresa Phillips, 6 Stuyvesant Road, Brick, NJ 08723-5321 |
| cr | + | HYUNDAI LEASE TITLING TRUST, P.O. Box 961245, Ft. Worth, TX 76161-0244 |
| 518929042 | + | Barclay's Bank, 700 Prides Crossing, Newark, DE 19713-6109 |
| 518929047 | + | Mercury Card Services, 2220 6th Street, Brookings, SD 57006-2403 |
| 518929048 | + | Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 518966142 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 518939377 | + | TD Bank, N.A., c/o Schiller Knapp Lefkowitz, & Hertzel LLP, 950 New Loudon Road, Latham New York 12110-2190 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 02 2021 20:24:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 02 2021 20:24:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518929043 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 02 2021 20:37:58 | Capital One, Bankruptcy Dept, P.O. Box 30273, Salt Lake City, UT 84130-0273 |
| 518935262 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Aug 02 2021 20:38:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518935265 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Aug 02 2021 20:37:52 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518929044 | | Email/PDF: gecsedi@recoverycorp.com | Aug 02 2021 20:37:57 | Home Depot, 2455 Paces Ferry Rd NW, Atlanta, GA 30339 |
| 518948041 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Aug 02 2021 20:25:00 | Hyundai Lease Titling Trust, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 518929045 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Aug 02 2021 20:25:00 | Hyundai Motor Finance, Bankruptcy Dept, P.O. Box 20835, Fountain Valley, CA 92728-0835 |
| 518929046 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Aug 02 2021 20:24:00 | KeyBank, P.O. Box 94722, Cleveland, OH 44101-4722 |
| 518935503 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Aug 02 2021 20:24:00 | KeyBank, N.A., 4910 Tiedeman Rd, Brooklyn, OH 44144-2338 |
| 518929049 | + | Email/Text: collectionbankruptcy@oceanfirst.com | Aug 02 2021 20:25:00 | Ocean First Bank, 975 Hooper Avenue, Toms River, NJ 08753-8320 |
| 518985939 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 02 2021 20:37:41 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 518998346 | + | Email/Text: bncmail@w-legal.com | Aug 02 2021 20:24:00 | Scolopax, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, |

| Recip ID | | | Date/Time | Name and Address |
|---|---|---|---|---|
| 518929050 | | Email/Text: bankruptcy@td.com | Aug 02 2021 20:24:00 | TD Bank, Recovery Dept, P.O. Box 9547, Portland, ME 04112 |
| 518929051 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 02 2021 20:37:58 | Walmart, Capital One, P.O. Box 30281, Salt Lake City, UT 84130-0281 |

(continued from previous: WA 98121-3132)

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518929404 | | Linda Phillips |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 04, 2021        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor HYUNDAI LEASE TITLING TRUST ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Steven J. Abelson | on behalf of Joint Debtor Felicia Theresa Phillips sjaesq@atrbklaw.com atrbk1@gmail.com;r49787@notify.bestcase.com |
| Steven J. Abelson | on behalf of Debtor Daniel Noel Phillips sjaesq@atrbklaw.com atrbk1@gmail.com;r49787@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6