| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) |

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
130 Clinton Road, #202
Fairfield, NJ  07004
Telephone: 470-321-7112

Case No.:  SEE ATTACHED EXHIBIT A

In Re:

SEE ATTACHED EXHIBIT A

*rev.8/1/16, ,*

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that Kimberly A. Wilson of Robertson, Anschutz, Schneid, Crane & Partners, PLLC will be substituted as attorney of record for Creditor in place of Aleisha C. Jennings, in this case.

Date:  08/08/2024                           Robertson, Anschutz, Schneid, Crane
                                            & Partners, PLLC


                                            /s/ *Aleisha C Jennings*
                                            Signature of Former Attorney
                                            By:  Aleisha C. Jennings


Date:  08/08/2024                           Robertson, Anschutz, Schneid, Crane
                                            & Partners, PLLC


                                            /s/*Kimberly A. Wilson*
                                            Signature of Substituted Attorney
                                            By: Kimberly A. Wilson

1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
130 Clinton Road, #202
Fairfield, NJ  07004
Telephone: 470-321-7112

Case No.:  SEE ATTACHED EXHIBIT A

In Re:

SEE ATTACHED EXHIBIT A

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that Kimberly A. Wilson of Robertson, Anschutz, Schneid, Crane & Partners, PLLC will be substituted as attorney of record for Creditor in place of Aleisha C. Jennings in this case.

Date:  08/08/2024

Robertson, Anschutz, Schneid, Crane
& Partners, PLLC

/s/ *Aleisha C Jennings*
Signature of Former Attorney
By:  Aleisha C. Jennings

Date:  08/08/2024

Robertson, Anschutz, Schneid, Crane
& Partners, PLLC

/s/*Kimberly A. Wilson*
Signature of Substituted Attorney
Kimberly A. Wilson

2