**Rob Saltzman, Esquire**
**PLUESE, BECKER, SALTZMAN**
**& THOMAS, LLC**
**Attorneys At Law**
**RS1765**
**20000 Horizon Way, Suite 900**
**Mt. Laurel, NJ 08054-4318**
**(856) 813-1700**
**Attorneys for the Mortgagee**
**File No. 114411B**

|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** | |
| **FOR THE DISTRICT OF NEW JERSEY** | |

In re:

    Daniel Noel Phillips
    Felicia Theresa Phillips
    aka Felicia Bruno

    Debtors

    :    **CASE NO.  20-19639-MBK**

    :    **CHAPTER   13**

    :    **ENTRY OF APPEARANCE AND**
         **REQUEST FOR SERVICE**
    :    **OF NOTICES, PLEADINGS, ETC.**

    :

    :

Please take notice that the undersigned hereby enters appearance in the above-captioned matter on behalf of the secured creditor, OceanFirst Bank, National Association, and that, pursuant to Rule 2002(g), secured creditor hereby requests that all Notices, Pleadings and any other documents pertaining to this case be sent to both of the following addresses:

PLUESE, BECKER, SALTZMAN & THOMAS, LLC
20000 Horizon Way, Suite 900
Mt. Laurel, NJ 08054-4318

OceanFirst Bank, National Association
Attn: Bankruptcy
1 Corporate Drive, Suite 360
Lake Zurich, IL 60047

 /s/ Rob Saltzman
Rob Saltzman, Esquire
Attorney for Secured Creditor,
OceanFirst Bank, National Association

DATED:  August 14, 2024