| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | | | |
|---|---|---|---|
| In Re:<br><br>DANIEL NOEL PHILLIPS<br>FELICIA THERESA PHILLIPS | Case No.: | 20-19639 |
| | Chapter: | 13 |
| | Judge: | MBK |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____ Daniel Noel Phillips _____, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations, or

   ☐ I am required to pay domestic support obligations, and have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: **9/17/2024** _____        _____
                                                        Debtor's Signature

**IMPORTANT:**

- Each debtor in a joint case must file separate Certifications in Support of Discharge.
- A discharge will not be issued for a debtor who does not submit a completed Certification in Support of Discharge.

*rev.6/16/17*

<table>
<tr><td colspan="2">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re:

**DANIEL NOEL PHILLIPS**
**FELICIA THERESA PHILLIPS**

</td><td>

Case No.: _____ 20-19639 _____

Chapter: _____ 13 _____

Judge: _____ MBK _____

</td></tr>
</table>

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____ Felicia Theresa Phillips _____, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations, or

   ☐ I am required to pay domestic support obligations, and have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: __9/17/2024__                      _Felicia T Phillips_
                                          Debtor's Signature

**IMPORTANT:**

- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be issued for a debtor who does not submit a completed Certification in Support of Discharge.**

*rev 6/16/17*