| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Daniel Noel Phillips<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1695<br>EIN   \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| Debtor 2<br>(Spouse, if filing) | Felicia Theresa Phillips<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2639<br>EIN   \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   20–19639–MEH | | |

# Order of Discharge                                                                                   12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Daniel Noel Phillips

Felicia Theresa Phillips
aka Felicia Bruno

11/1/24

**By the court:** Mark Edward Hall
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-19639-MEH |
| Daniel Noel Phillips | Chapter 13 |
| Felicia Theresa Phillips | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 01, 2024 | Form ID: 3180W | Total Noticed: 23 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Daniel Noel Phillips, Felicia Theresa Phillips, 6 Stuyvesant Road, Brick, NJ 08723-5321 |
| cr | + | HYUNDAI LEASE TITLING TRUST, P.O. Box 961245, Ft. Worth, TX 76161-0244 |
| cr | | OceanFirst Bank, National Association, Attn: Bankruptcy, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 518929049 | + | OceanFirst Bank, National Association, 1 Corporate Drive, Ste. 360, Lake Zurich, IL 60047-8945 |
| 518939377 | + | TD Bank, N.A., c/o Schiller Knapp Lefkowitz, & Hertzel LLP, 950 New Loudon Road, Latham New York 12110-2190 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 01 2024 20:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 01 2024 20:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518929042 | + | EDI: TSYS2 | Nov 02 2024 00:27:00 | Barclay's Bank*, 700 Prides Crossing, Newark, DE 19713-6109 |
| 518929043 | + | EDI: CAPITALONE.COM | Nov 02 2024 00:27:00 | Capital One, Bankruptcy Dept, P.O. Box 30273, Salt Lake City, UT 84130-0273 |
| 518935262 | + | EDI: AIS.COM | Nov 02 2024 00:30:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518935265 | + | EDI: AIS.COM | Nov 02 2024 00:30:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518929044 | | EDI: SYNC | Nov 02 2024 00:27:00 | Home Depot, 2455 Paces Ferry Rd NW, Atlanta, GA 30339 |
| 518948041 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Nov 01 2024 20:43:00 | Hyundai Lease Titling Trust, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 518929045 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Nov 01 2024 20:43:00 | Hyundai Motor Finance, Bankruptcy Dept, P.O. Box 20835, Fountain Valley, CA 92728-0835 |
| 518929046 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Nov 01 2024 20:43:00 | KeyBank, P.O. Box 94722, Cleveland, OH 44101-4722 |
| 518935503 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Nov 01 2024 20:43:00 | KeyBank, N.A., 4910 Tiedeman Rd, Brooklyn, OH 44144-2338 |
| 518929047 | + | Email/Text: Mercury@ebn.phinsolutions.com | Nov 01 2024 20:41:00 | Mercury Card Services, 2220 6th Street, Brookings, SD 57006-2403 |
| 518929048 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 01 2024 20:41:00 | Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 518966142 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 01 2024 20:41:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |

Case 20-19639-MEH    Doc 47    Filed 11/03/24    Entered 11/03/24 23:16:09    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 01, 2024 | Form ID: 3180W | Total Noticed: 23 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518985939 | | EDI: PRA.COM | Nov 02 2024 00:27:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 518998346 | + | Email/Text: bncmail@w-legal.com | Nov 01 2024 20:42:00 | Scolopax, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518929050 | | EDI: TDBANKNORTH.COM | Nov 02 2024 00:27:00 | TD Bank, Recovery Dept, P.O. Box 9547, Portland, ME 04112 |
| 518929051 | + | EDI: CAPITALONE.COM | Nov 02 2024 00:27:00 | Walmart, Capital One, P.O. Box 30281, Salt Lake City, UT 84130-0281 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518929404 | | Linda Phillips |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 03, 2024     Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2024 at the address(es) listed below:

**Name**    **Email Address**

Albert Russo
docs@russotrustee.com

Denise E. Carlon
on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Denise E. Carlon
on behalf of Creditor Nationstar Mortgage LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

John R. Morton, Jr.
on behalf of Creditor HYUNDAI LEASE TITLING TRUST ecfmail@mortoncraig.com mortoncraigecf@gmail.com

Kimberly A. Wilson
on behalf of Creditor Nationstar Mortgage LLC kimwilson@raslg.com

Kimberly A. Wilson
on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER kimwilson@raslg.com

Robert P. Saltzman
on behalf of Creditor OceanFirst Bank  National Association dnj@pbslaw.org

Steven J. Abelson
on behalf of Joint Debtor Felicia Theresa Phillips sjaesq@atrbklaw.com atrbk1@gmail.com;r49787@notify.bestcase.com

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 01, 2024 | Form ID: 3180W | Total Noticed: 23 |

Steven J. Abelson     on behalf of Debtor Daniel Noel Phillips sjaesq@atrbklaw.com atrbk1@gmail.com;r49787@notify.bestcase.com

U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10