Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                      Case No.: 20−19639−MEH
                                      Chapter: 13
                                      Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Daniel Noel Phillips | Felicia Theresa Phillips |
| 6 Stuyvesant Road | aka Felicia Bruno |
| Brick, NJ 08723 | 6 Stuyvesant Road |
| | Brick, NJ 08723 |

Social Security No.:
  xxx−xx−1695                                     xxx−xx−2639

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>December 3, 2024</u>                 <u>Mark Edward Hall</u>
                                              Judge, United States Bankruptcy Court